168

(No. 6949)

ROBERT F. SCOTT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 26, 1972.*

ROBERT F. SCOTT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6955)

CONTINENTAL OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 26, 1972.*

CONTINENTAL OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6957)

CONTINENTAL OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 26, 1972.*

CONTINENTAL OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

169

PER CURIAM.

(No. 6963)

HOPKINS, SUTTER, OWEN, MULROY AND DAVIS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed December 26, 1972.*

HOPKINS, SUTTER, OWEN, MULROY AND DAVIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6984)

ZION BENTON HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 26, 1972.*

ZION BENTON HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6985)

CHICAGO PAPER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, LEGISLATIVE INVESTIGATING COMMISSION, Respondent.

*Opinion filed December 26, 1972.*